THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES MACK, Appellant. [4 NYS3d 488]—

Judgment, Supreme Court, Bronx County (April A. Newbauer, J.), rendered March 13, 2013, convicting defendant, upon his plea of guilty, of forgery in the second degree, and sentencing him, as a second felony offender, to a term of 2 to 4 years, unanimously affirmed.

After considering the factors set forth in *People v Taranovich* (37 NY2d 442, 445 [1975]), we conclude that the court properly denied defendant's constitutional speedy trial motion. Although there was substantial delay, it was satisfactorily explained, and relatively little of it was attributable to the People. Among other things, the delay was occasioned by the complexity of this 15-defendant check fraud case, extensive motion practice including defendant's multiple pro se motions and requests for new counsel, adjournment requests by various defense counsel, and a lengthy period during which defendant's mental competency was at issue. Furthermore, defendant has not demonstrated that his ability to defend himself against the charges was impaired by the delay. Concur—Friedman, J.P., Moskowitz, Richter and Clark, JJ.